ARTHUR G. LAKE, Respondent, v. CHARLES KIENER, Appellant.— Judgment unanimously affirmed, with costs. While we do not approve of the remarks made by the trial justice in this case, we think the judgment is so plainly right that reversal should not be had on that ground. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

HENRY L. MAXSON, as Receiver of WALSH AND FARRELL REALTY COMPANY, INCORPORATED, Appellant, v. THOMAS J. WALSH and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

EMMETT D. PAGE, Appellant, v. THOMAS B. SNOW and Another, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN T. FARRELLY, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN LINDERMAN, Indicted as HARRY ROSS, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed, pursuant to section 542 of the Code of Criminal Procedure. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN SREBNIK, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Manning and Young, JJ., concur; Kelby and Kapper, JJ., dissent on the ground that the evidence does not establish defendant's guilt beyond a reasonable doubt.